## S. S. KRESGE CO. *v.* BOWERS, TAX COMMISSIONER OF OHIO.

No. 534.   Decided February 27, 1961.

*Carlton S. Dargusch* and *Carlton S. Dargusch, Jr.* for appellant.

*Mark McElroy,* Attorney General of Ohio, and *Joseph D. Karam* and *Robert J. Kosydar,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.